# IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MISSOURI CENTRAL DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 16-4080-01-CR-C-BCW |
| ) | |
| ) | |
| GARY ANTHONY PENN, JR., ) | |
| ) | |
| Defendant. ) | |

## REPORT AND RECOMMENDATION

On November 9, 2017, defendant Gary Anthony Penn, Jr. appeared in person and represented by counsel, Assistant Federal Public Defender Steven Berry.[1] The United States was represented by Assistant United States Attorney Jim Lynn. The purpose of the appearance was to conduct a status conference to address the following: (1) Defendant's refusal to submit to a tuberculosis (TB) test; (2) Defendant's failure to follow orders of the guards at the Cole County Jail in Jefferson City, Missouri, regarding in which room he should be held; (3) Defendant's belief that he needs to see a psychiatrist; and (4) Defendant's belief that he is being poisoned. Defendant indicated to the Court that it was his desire to see a psychiatrist.

The Court, by its own motion, ordered Defendant to undergo a psychiatric or psychological examination, as authorized by 42 U.S.C. § 4241. (Doc. 50). Neither defense counsel nor the Government objected to the Court's order. The evaluation was ordered to determine whether Defendant is presently suffering from a mental disease or defect rendering him mentally incompetent to the extent that he is unable to understand the nature and consequences of the proceedings against him or to assist properly in his defense.

The examination was conducted at the U.S. Department of Justice, Federal Bureau of Prisons, Metropolitan Correctional Center, in Chicago, Illinois. The Forensic Psychological Report was filed with the Court on March 20, 2018. (Doc. 58).

A hearing was held as to Defendant's competency on April 9, 2018. Defendant appeared in person and represented by counsel, Andrew Sartorius. Assistant United States Attorney Jim

---

[1] The Court notes that since the hearing on November 9, 2017, attorney Steven Berry has withdrawn from the case and the Court appointed attorney Andrew Sartorius to represent Defendant.

Lynn appeared for the Government. Both parties stipulated to the Forensic Psychological Report prepared by Allison Schenk, Ph.D., Licensed Clinical Psychologist, and stated that Dr. Schenk would testify consistent with the Psychological Report submitted to the Court. In the Psychological Report, Dr. Schenk opined that defendant Gary Anthony Penn, Jr. does not appear to suffer from a mental disease or defect rendering him unable to understand the nature and consequences of the proceedings against him or to properly assist in his defense.

Defense counsel indicated that he has reviewed Dr. Schenk's Psychological Report with defendant Gary Anthony Penn, Jr. Both defense counsel and counsel for the Government advised they do not wish to challenge Dr. Schenk's Psychological Report, or her opinion as to Gary Anthony Penn, Jr.'s competency.

Based on the Psychological Report submitted by Dr. Schenk for the defendant Gary Anthony Penn, Jr., and there being no challenge to the findings of this report, the Court finds that defendant Gary Anthony Penn, Jr. is not presently suffering from a mental disease or defect rendering him incompetent to the extent that he is unable to understand the nature and consequences of the proceedings against him or to assist properly in his defense.

IT IS THEREFORE RECOMMENDED that defendant Gary Anthony Penn, Jr. be found competent to proceed.

Dated this 9th day of April, 2018, at Jefferson City, Missouri.

*Willie J. Epps, Jr.*

Willie J. Epps, Jr.
United States Magistrate Judge